[Nos. 13139-1-II; 13672-4-II. Division Two. June 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE LUCIA ALCANTAR, ET AL, *Appellants.*

THE STATE OF WASHINGTON, *Respondent,* v. JOSE ARMENTA, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Pierce

County, No. 89–1–00643–1, Brian M. Tollefson, J., entered August 24, 1989. *Reversed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.˙